FILED
August 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002835413

ROBERT HAWKINS #131159
ATTORNEY AT LAW
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Attorney for Chapter 7 Trustee,
Sheryl Strain

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>RAQUEL A. BENITEZ,<br><br>Debtor.<br>_____/ | Case No. 10-11397-B-7F<br>DC No. RH-1<br><br>**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY**<br>(11 U.S.C. §363)<br><br>Date: September 8, 2010<br>Time: 10:00 a.m.<br>Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Sheryl Strain respectfully represents:

1. She is the duly appointed, qualified, and acting trustee for the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about February 12, 2010, and an order for relief was entered. Sheryl Strain was appointed Chapter 7 Trustee on or about February 12, 2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. Section 1334(b) and (d), Section 157(b)(2)(N), and 11 U.S.C. Section 363. This is a core proceeding.

4. Among the assets of this estate is an interest in real property commonly known as 1783 West Dakota Avenue, Fresno, California.

5. The Trustee has obtained an offer from Impact Medical Group to purchase the subject property for the total sum of $65,000.00 cash.

6. The Trustee has agreed to pay a commission to Guarantee Real Estate in the amount of six percent (6%) of the purchase price in connection with the sale. The employment of Guarantee Real Estate has been previously approved by this Court.

7. The property is being sold subject to existing liens and encumbrances to be paid through escrow. The Trustee has reviewed the Preliminary Report which indicates that the property is subject to delinquent property taxes totaling approximately $8,433.69 and special assessment fees totaling $1,580.34. After payment of the property taxes, special assessment fees, and costs of sale, the Trustee estimates that the estate will net approximately $47,369.00 from the sale.

8. Said offer is the best and highest offer received for the property and, in the opinion of the Trustee, said offer is for the full and fair market value of the property. Sale is subject to higher and better bid.

9. The Trustee believes that confirmation of the sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that, after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to Impact Medical Group, or nominee, for the total sum of $65,000.00, subject to higher and better offer at the hearing on confirmation of said sale, and that the Court authorize the payment of ordinary sale costs as contemplated by the parties in order to close escrow.

**DATED**: AUGUST 6, 2010

/S/
ROBERT HAWKINS,
Attorney for Chapter 7 Trustee